

**U.S. Department of Justice**

_United States Attorney_
_Eastern District of New York_

JHK:DCL

_610 Federal Plaza_
_Central Islip, New York 11722_

May 19, 2023

Honorable Dora L. Irizarry
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Michael Romano and William Kearney
               Criminal Docket No. 09-168 (S-2)(DLI)(VMS)

Dear Judge Irizarry:

The government respectfully submits this letter in opposition to Defendant William Kearney ("Defendant") and third-party Claimant Karen Kearney's ("Karen Kearney" or collectively, the "Kearney's") letter motion to compel filed on May 17, 2023. Docket Entry ("DE") #682. The Kearney's motion seeks an order compelling the government to take certain actions regarding real estate taxes and the mortgage on the real property and premises located at 8 Valerie Place, East Islip, New York ("8 Valerie Place" or the "property"), property the Court ordered forfeited. DE 612. As described below, the government has entered into a contract for the sale of 8 Valerie Place and any request for court-ordered relief by the Kearney's should be denied as moot.

By way of background, by Memorandum and Order entered on January 5, 2021, the Court dismissed the third-party petition filed by Karen Kearney (DE 603) and entered a Final Order of Forfeiture ("FOF") forfeiting specific assets to the United States, including 8 Valerie Place. DE 612. Thereafter, Karen Kearney requested a stay of the FOF to allow her to remain at 8 Valerie Place pending the outcome of her appeal. DE 669, 679. However, on February 27, 2023, Karen Kearney notified the government that she was vacating 8 Valerie Place the next day. Thereafter, the United States Marshals Service ("USMS") took custody of the property to ensure that the asset is preserved. As Karen Kearney has vacated 8 Valerie Place, the government respectfully requests that the Court deny her prior request for a stay of the FOF as moot.

In June 2022, after the entry of the FOF, the USMS' contractor notified the local taxing authority that the property had been forfeited to the United States and that the United States is exempt from state and local taxes. Currently, there are no real estate taxes outstanding or due on the property. In addition, on May 12, 2023, the property went into contract for sale and is expected to close within the next 30 days. The mortgage and any valid liens will be paid off at closing from the sale proceeds. This Office has been in contact with an attorney for the

1

mortgage holder and in addition, the USMS contractor will be in contact with the mortgage holder to provide the final pay-off amount of the mortgage due at closing.

Accordingly, the government respectfully requests that the Court deny the Kearney's request for relief (DE # 682).  In addition, to avoid any potential issues at the time of the closing on the property, the government respectfully requests that the Court deny Karen Kearney's previous request for a stay of the FOF (DE# 669, 679) as moot.

BREON PEACE
United States Attorney

By:   /s/Diane C. Leonardo
Diane C. Leonardo
Assistant U.S. Attorney
(631) 715-7854

By Fedex
Cc: William Kearney
Karen Kearney
654 West Montauk Highway
Lindenhurst, New York 11757

2