UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-                               NOTICE OF MOTION

                                         Cr. No. 09-0168 (S-2)(DLI)

MICHAEL ROMANO AND
WILLIAM KEARNEY,

                   Defendants.
-------------------------------------------------------x

      **PLEASE TAKE NOTICE**, that upon the Petition filed May 19, 2021, the annexed

Declaration of Diane C. Leonardo, dated March 14, 2025, and the exhibits thereto; and the

United States' Memorandum of Law, dated March 14, 2025 and upon all the proceedings had

herein, the undersigned will move this Court, before the Honorable Dora L. Irizarry at the United

States Courthouse, located at 225 Cadman Plaza East, Brooklyn, New York 11201, pursuant to

Fed. R. Civ. P. 56 for an order dismissing the Petition and for such other relief as the Court may

deem just and proper.

**PLEASE TAKE NOTICE that pursuant to the Court-ordered briefing schedule,**

**Claimant's opposition is required to be served on or before March 28, 2025 and the United**

**States' reply papers, if any, are required to be served and all papers filed on or before**

**April 4, 2025.**

Dated: Central Islip, New York
     March 14, 2025

Respectfully submitted,
JOHN J. DURHAM
United States Attorney
Eastern District of New York
610 Federal Plaza, 5th Floor
Central Islip, New York 11722


/s/Diane C. Leonardo
BY:    Diane C. Leonardo
       Assistant U.S. Attorney
       (631) 715-7854

To:  Karen Kearney
     38 Meroke Avenue
     East Islip, New York 11730