UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

                                  Cr. No. 09-0168 (S-2)(DLI)

MICHAEL ROMANO AND
WILLIAM KEARNEY,

                Defendants
-------------------------------------------------------x

        I, Diane C. Leonardo, hereby declare pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is correct:

        1.     I am an Assistant United States Attorney, of counsel to JOHN J. DURHAM, United States Attorney, Eastern District of New York, attorney for the United States of America. I submit this declaration and the following exhibits, in support of the United States' motion for summary judgment to dismiss the petition of Claimant Karen Kearney:

        Exhibit 1     Deposition of Claimant Karen Kearney.

Dated:  Central Islip, New York
        March 14, 2025

                              Respectfully submitted,
                              JOHN J. DURHAM
                              UNITED STATES ATTORNEY

             BY:    /s/Diane C. Leonardo
                     Diane C. Leonardo
                     Assistant U.S. Attorney
                     (631) 715-7854