UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

          - against -

MICHAEL ROMANO and
WILLIAM KEARNEY

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

CR 09-0168 (S-2)(DLI)

Pursuant to Rule 56.1 of the Local Civil Rules of the United States District Courts for the

Southern and Eastern Districts of New York, Defendant United States of America, by its

attorney, John J. Durham, United States Attorney for the Eastern District of New York, Diane C.

Leonardo, Assistant United States Attorney, of counsel, submits the following:

**Third Party Claimant Karen Kearney**

1.  Third Party Claimant Karen Kearney ("Kearney") currently resides at 38 Meroke Lane,
    East Islip, New York 11730. Exhibit 1, Deposition of Third-Party Claimant Karen
    Kearney at p. 5.

2.  Kearney holds a graduate degree from Adelphi University as a Licensed Clinical Social
    Worker. Id. at p. 7.

3.  From 1995 to 1998, Kearney worked at The Life Balance Center and United Cerebral
    Palsy. Id. at p. 8.

4.  After 1998, Kearney began working in private practice at an office space located at 55
    Carleton Avenue, East Islip 11730. Id.

5. In 2001, Kearney earned a salary of approximately $25,000. Id. at p. 9.

6. In 2001, Kearney was married to Defendant William Kearney ("Defendant"). Id.

7. In 2001, Kearney resided with Defendant at 1305 North Windsor, Bay Shore ("1305 North Windsor"). Id. at p. 10.

8. Defendant purchased 1305 North Windsor for $115,000. Id.

9. Defendant sold 1305 North Windsor in 2003. Id. at p. 10-11.

10. Defendant and Kearney purchased the property at 8 Valerie Place, West Islip, New York ("8 Valerie Place") in 2003 for $560,000. Id. at p. 11.

11. The down payment for the purchase of 8 Valerie Place was funded in part by the sale of 1305 North Windsor, Defendant's family members, and a mortgage. Id.

12. Approximately $30,000 of the down payment for the purchase of 8 Valerie Place was funded by Defendant's mother, Camille Kearney. Id. at p. 11-12.

13. Approximately $289,000 of the down payment for the purchase of 8 Valerie place was funded by a mortgage. Id. at p. 12.

14. Kearney shared one joint bank account with Defendant at HSBC. Id. at p. 13.

15. In 2001, Defendant worked as a salesman at Wall Street Rare Coins. Id. at p. 13-14.

16. The Company known as Wall Street Rare Coins underwent several name changes, including Northeast Gold and Silver and Atlantic Coin Galleries. Id. at p. 14.

17. Northeast Gold and Silver was located at 654 Montauk Highway, Lindenhurst. Id. at p. 15.

18. Kearney's salary would be deposited into her personal account. Id. at p. 17.

19. Kearney also possessed a business account through Capital One. Id.

20. Defendant sold 1305 North Windsor for approximately $300,000. Id.

21. Kearney was not on the mortgage for 1305 North Windsor. Id.

22. Kearney was not on Defendant's accounts at Citibank, Chase, Fidelity, ING, Smith

     Barney, or Wachovia. Id. at p. 18.

23. Kearney did not work between 2006 and 2008. Id. at p. 19.

24. Kearney was making about $20,000 annually from 2000 to 2014. Id. at p. 20.

25. During the marriage to Defendant, Kearney paid for child care expenses. Id.

26. During the marriage, Kearney paid bills for cell phone bills, utilities, or groceries. Id. at

     p. 21.

27. Defendant paid the mortgage on 8 Valerie Place. Id. at p. 24.

28. Kearney and William Kearney were divorced in September 2020. Id. at p. 25.

29. Defendant continued to live at 8 Valerie Place until his surrender in 2014. Id. at p. 26.

30. Kearney received financial help from her family and Defendant's mother to make the

     mortgage payments after Defendant's surrender in 2014. Id. at p. 26-27.

Dated: Central Islip, New York
       March 14, 2025

Respectfully submitted,
JOHN J. DURHAM
United States Attorney
Eastern District of New York

By:     /s/ Diane Leonardo
        Diane Leonardo
        Assistant U.S. Attorney
        (631) 715-7854