UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

——————————————————————X

UNITED STATES OF AMERICA,                    Case No. 09 Cr. 168 (SJ)

      v.

MICHAEL ROMANO, *et al.*                     **NOTICE OF MOTION FOR**
                                             **SUMMARY JUDGMENT**

              Defendant.

——————————————————————X


To:     Diane Leonardo
        Assistant United States Attorney
        United States Attorney's Office for the
              Eastern District of New York
        610 Federal Plaza
        Center Islip NY 11722

        Attorney for Plaintiff


PLEASE TAKE NOTICE that on such date and time to be designated by the court, the

undersigned attorney for Claimant Jeanne Romano ("Claimant") shall move, pursuant to

Fed.R.Civ.P. 56 before the Honorable Dora Irizarry, U.S. District Judge, for an order granting

summary judgment in Claimant's favor and ordering the United States of America to return the

real property seized in this matter to Claimant.

PLEASE TAKE FURTHER NOTICE that in support thereof, Claimant will rely upon

accompanying documents: (1) Deposition of Jeanne Romano; (2) Declaration of Jeanne

Romano; (3) Declaration of Michael Romano; (4) Declaration of Celia Wells; (5) Declaration of

Dominic Pelle; (6) Statement of Undisputed Material Facts; and (7) Claimant's Brief in Support

of Summary Judgment.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted.

PLEASE TAKE FURTHER NOTICE that oral argument is hereby requested and will be held on a date and at a time to be designated by the court.

/s/ Matthew Gilmartin
_____

Matthew Gilmartin
Attorney at Law
Bar No. MG 9267
P.O. Box 38040
Olmsted, OH 44138
(440) 558-9014
(440) 398-0179 Fax
matt7g@att.net

Attorney for Jeanne Romano

CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on each attorney of record or party through the Court's ECF system. Additionally, a physical copy was sent to

Karen Kearney
654 West Montauk Highway
Lindenhurst NY 11757

April 4, 2025

/s/ Matthew Gilmartin
_____

Matthew Gilmartin
Attorney at Law
